**Devin L. COLEMAN, Defendant
Below, Appellant,**

v.

**STATE of Delaware, Plaintiff
Below, Appellee.**

**No. 70, 2017**

Supreme Court of Delaware.

Submitted: March 30, 2017[1]

Decided: May 12, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1303012706 & 1303004663

AFFIRMED.

■

**Eric A. GRAY, Defendant
Below–Appellant,**

v.

**STATE of Delaware, Plaintiff
Below–Appellee.**

**No. 44, 2017**

Supreme Court of Delaware.

Submitted: March 17, 2017

Decided: May 12, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1506002258

AFFIRMED.

■

**Clifford WRIGHT, Defendant
Below–Appellant,**

v.

**STATE of Delaware, Plaintiff
Below–Appellee.**

**No. 570, 2016**

Supreme Court of Delaware.

Submitted: March 10, 2017

Decided: May 12, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 0801010328

AFFIRMED.

■

**Dashawn WATSON, Defendant
Below, Appellant,**

v.

**STATE of Delaware, Plaintiff
Below, Appellee.**

**No. 30, 2017**

Supreme Court of Delaware.

Submitted: May 9, 2017

Decided: May 15, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1303016651.

DISMISSED.

1. The motion to affirm was filed on March 2, 2017, but the record was filed on March 30, 2017.